# EXHIBIT 1


# CT Corporation

**Service of Process Transmittal**
03/03/2021
CT Log Number 539145556

| | |
|---|---|
| **TO:** | Gina Mazzei-Smith<br>American Electric Power Company, Inc.<br>1 RIVERSIDE PLZ FL 1<br>COLUMBUS, OH 43215-2373 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | American Electric Power Service Corporation  (Domestic State: NY) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MELISSA VILLANUEVA, ON BEHALF OF THE ESTATE OF ABELINO GUZMAN, DECEASED, ET AL., PLTFS. vs. ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., ET AL., DFTS. // TO: AMERICAN ELECTRIC POWER COMPANY, INC.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 210260953CV |
| **NATURE OF ACTION:** | Wrongful Death - - |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/03/2021 at 10:58 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | - |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | According to the Texas Secretary of State, the only entity registered beginning with the name American Electric Power Company, Inc. is American Electric Power Service Corporation |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS 2nd Day Air , 1ZX212780203560631<br><br>Image SOP<br><br>Email Notification,  Jennifer Thacker   jmthacker@aep.com<br><br>Email Notification,  Gina Mazzei-Smith  gemazzei-smith@aep.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

Page 1 of  2 / FA

 **CT Corporation**

**Service of Process Transmittal**
03/03/2021
CT Log Number 539145556

**TO:** Gina Mazzei-Smith
American Electric Power Company, Inc.
1 RIVERSIDE PLZ FL 1
COLUMBUS, OH 43215-2373

**RE:** **Process Served in Texas**

**FOR:** American Electric Power Service Corporation  (Domestic State: NY)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Mar 3, 2021

**Server Name:** Tracy Edwards

| | |
|---|---|
| Entity Served | American Electric Power Company, Inc. |
| Agent Name | |
| Case Number | 21-02-60953-CV |
| Jurisdiction | TX |



22 121872 3-3-21

COPY

**CITATION – Personal Service**

THE STATE OF TEXAS  COUNTY OF JIM WELLS

CAUSE NO. 21-02-60953-CV

TO: AMERICAN ELECTRIC POWER COMPANY, INC. BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM
ADDRESS: 1999 BRYAN ST. STE. 900, DALLAS, TX 75201

(or wherever he/she may be found) Notice to DEFENDANT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | County Court at Law, Jim Wells County, Texas |
|---|---|
| Cause No.: | 21-02-60953-CV |
| Date of Filing: | FEB. 26, 2021 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | MELISSA VILLANUEVA, ON BEHALF OF THE ESTATE, AND ON BEHALF OF A.G. MINOR, DESIRAY DAVIS, AND TRACY GUZMAN, PLAINTIFFS<br><br>V.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., AMERICAN ELECTRIC POWER COMPANY, INC., AND AEP TEXAS, INC., DEFENDANTS |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | PATRICK LUFF, 5473 BLAIR ROAD, DALLAS, TX 75231 |

Issued under my hand and seal of this said court on this the 1ST day of MARCH, 20 21.

R. David Guerrero, District Clerk
Jim Wells County, Texas
BY: _Larissa Gonzalez_, Deputy

**Service Return**

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____

[ ] Not executed. The diligence use in finding DEFENDANT being _____

[ ] Information received as to the whereabouts of DEFENDANT being _____

| Service Fee: $ | Sheriff/Constable |
|---|---|
| | County, Texas |
| Service ID No. | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___.

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order


CT Corporation

**Service of Process Transmittal**
03/03/2021
CT Log Number 539141869

**TO:** Rob Lesesne
American Electric Power Service Corporation
1201 ELM ST STE 800
DALLAS, TX 75270-2003

**RE:** **Process Served in Texas**

**FOR:** AEP Texas Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | MELISSA VILLANUEVA, etc., Pltf. vs. ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., et al., Dfts. // To: AEP TEXAS, INC. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 210260953CV |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/03/2021 at 10:58 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/03/2021, Expected Purge Date: 03/08/2021<br><br>Image SOP<br><br>Email Notification, Jennifer Thacker  jmthacker@aep.com<br><br>Email Notification, Gina Mazzei-Smith  gemazzei-smith@aep.com<br><br>Email Notification, Rob Lesesne  rhlesesne@aep.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Mar 3, 2021

**Server Name:** Tracy Edwards

| Entity Served | AEP TEXAS INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 21-02-60953-CV |
| Jurisdiction | TX |



## CITATION – Personal Service

**THE STATE OF TEXAS**  **COUNTY OF JIM WELLS**

CAUSE NO. 21-02-60953-CV

TO: AEP TEXAS, INC. BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM
ADDRESS: 1999 BRYAN ST. STE: 900, DALLAS, TX 75201

(or wherever he/she may be found) Notice to DEFENDANT    : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | County Court at Law, Jim Wells County, Texas |
|---|---|
| Cause No.: | 21-02-60953-CV |
| Date of Filing: | FEB. 26, 2021 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | MELISSA VILLANUEVA, ON BEHALF OF THE ESTATE, AND ON BEHALF OF A.G. MINOR, DESIRAY DAVIS, AND TRACY GUZMAN, PLAINTIFFS<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., AMERICAN ELECTRIC POWER COMPANY, INC., AND AEP TEXAS, INC., DEFENDANTS |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | PATRICK LUFF, 5473 BLAIR ROAD, DALLAS, TX 75231 |

Issued under my hand and seal of this said court on this the 1ST day of MARCH, 20 21.

R. David Guerrero, District Clerk
Jim Wells County, Texas
BY: _____, Deputy
Larissa Gonzalez

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____

[ ] Not executed. The diligence use in finding DEFENDANT being _____

[ ] Information received as to the whereabouts of DEFENDANT being _____

| Service Fee: $ | Sheriff/Constable |
|---|---|
|  | County, Texas |
| Service ID No. | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____, known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___.

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Return Receipt (Electronic)

7190 1046 4701 0127 6039

2021325835-1

Electric Reliability Council of Texas, Inc.
Registered Agent Bill Magness
7620 Metro Center Dr.
Austin, TX 78744



CERTIFIED MAIL

neopost
03/12/2021
US POSTAGE $006.95⁰

FIRST-CLASS MAIL
ZIP 78701
041L12204064

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



7190 1046 4701 0127 6039

**Return Receipt (Electronic)**

2021325835-1

Electric Reliability Council of Texas, Inc.
Registered Agent Bill Magness
7620 Metro Center Dr.
Austin, TX 78744

CUT / FOLD HERE

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Ruth R. Hughs
### Secretary of State

March 11, 2021

Electric Reliability Council of Texas, Inc.
Registered Agent Bill Magness
7620 Metro Center Dr.
Austin, TX 78744

**2021-325835-1**

**Include reference number in all correspondence**

RE:  Melissa Villanueva, et al VS Electric Reliability Council of Texas, Inc., et al
County Court at Law, Jim Wells County, Texas
Cause No. 210260953CV

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of the process received by the Secretary of State of the State of Texas on March 4, 2021.

CERTIFIED MAIL #71901046470101276039

Refer correspondence to:

Mikal C. Watts
Watts Guerra LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257

Sincerely,

Service of Process
Government Filings
512-463-1662
GF/wj
Enclosure

COPY

# CITATION - Personal Service

THE STATE OF TEXAS           CAUSE NO. 21-02-60953-CV           COUNTY OF JIM WELLS

TO: ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. BY SERVING REGISTERED AGENT BILL MAGNESS
ADDRESS: 7620 METRO CENTER DR., AUSTIN, TX 78744

(or wherever he/she may be found) Notice to DEFENDANT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | County Court at Law, Jim Wells County, Texas |
|---|---|
| Cause No.: | 21-02-60953-CV |
| Date of Filing: | FEB. 26, 2021 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | MELISSA VILLANUEVA, ON BEHALF OF THE ESTATE, AND ON BEHALF OF A.G. MINOR, DESIRAY DAVIS, AND TRACY GUZMAN, PLAINTIFFS<br><br>V.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., AMERICAN ELECTRIC POWER COMPANY, INC., AND AEP TEXAS, INC., DEFENDANTS |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | PATRICK LUFF, 5473 BLAIR ROAD, DALLAS, TX 75231 |

Issued under my hand and seal of this said court on this the 1ST day of MARCH, 20 21.

R, David Guerrero, District Clerk
Jim Wells County, Texas
BY: _Larissa_____, Deputy
Larissa Gonzalez

## Service Return

Came to hand on the 4th day of March, 20 21, at 2:45 P m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding DEFENDANT being _____

[ ] Information received as to the whereabouts of DEFENDANT being _____

| Service Fee: $ | | Sheriff/Constable |
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___.

_____ Notary Public

\*\* Service by Rule 106 TRC if directed by attached Court Order

DELIVERED:
ON: 3/04/2021
BY: ___ PSC # 735

325835